IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1891-AP**

**RONALD C. TAYLOR,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw Defendant's "Motion to Dismiss Plaintiff's Complaint" (doc. #21), filed November 23, 2010, is **GRANTED**. The Motion to Dismiss Plaintiff's Complaint As Untimely (doc. #17) is deemed **WITHDRAWN**. In light of this, the Plaintiff need not file a response to that motion. Defendant shall file an Answer to the Complaint on or before November 30, 2010.

Dated: November 23, 2010